NO. 07-10-00062-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
JANUARY 11, 2011
--------------------------------------------------------------------------------

 
 JAMES F. BELYEU, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2008-420,618; HONORABLE BRADLEY S. UNDERWOOD, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 ON APPELLANT'S MOTION TO DISMISS
 Appellant, James F. Belyeu, filed his Notice of Appeal to appeal a judgment of conviction for the offense of aggravated robbery and sentence of 32 years' imprisonment in the Institutional Division of the Texas Department of Criminal Justice entered against him in cause number 2008-420618 in the 364th District Court of Lubbock County, Texas. However, appellant has now filed a motion to dismiss his appeal.
 Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, we hereby grant appellant's motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.

 Mackey K. Hancock
 Justice

Do not publish.